JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY HOLMES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>ROBERT NEUSCHMID, Warden,<br><br>　　　　　　Respondent. | Case No. 5:19-cv-01707-ODW (AFM)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ORDERED AND ADJUDGED that this action is summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED: September 11, 2019

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE